2

WHEREAS Defendant acknowledged that the Court does not have subject matter jurisdiction and consented to remand, Dkt. 4.

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to remand this case to the Supreme Court of New York, County of New York.

**SO ORDERED.**

**Date: October 25, 2023**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**